NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DORAN LEVELLE MORAGNE,     )
DOC #R60304,               )
                           )
          Appellant,       )
                           )
v.                         )          Case No. 2D18-2373
                           )
STATE OF FLORIDA,          )
                           )
          Appellee.        )
_____)

Opinion filed November 22, 2019.

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender, and Joseph N. D'Achille, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan S. Tannen, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

          Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.